

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00172-CV

MYERS-WOODWARD, LLC
v.
UNDERGROUND SERVICES MARKHAM, LLC AND
UNITED BRINE PIPELINE COMPANY LLC

On Appeal from the
130th District Court of Matagorda County, Texas
Trial Court Cause No. 13-E-0218

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and remanded in part, and reversed and rendered in part, and affirmed in part. The Court orders the judgment of the trial court REVERSED and REMANDED IN PART, REVERSED AND RENDERED IN PART, and AFFIRMED IN PART. Costs of the appeal will be taxed against the party incurring the same.

We further order this decision certified below for observance.

June 16, 2022